# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Michael Alexis Covington                          Docket No. 7:08-CR-48-1BO

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Alexis Covington, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1), Possession With the Intent to Distribute More than 500 Grams of Cocaine, and 18 U.S.C. § 922(g)(1), Possession of a Firearm by a Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 6, 2009, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 96 months under the standard conditions adopted by the court.

Michael Alexis Covington was released from custody on October 18, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 31, 2014, Covington submitted to urine testing and the result was positive for cocaine. He initially denied drug use, but then admitted to ingesting some cocaine while at a family function. He was remorseful for his lack of good judgment and assured the probation officer that it will not happen again. In that he is in compliance with the other conditions of supervision and is in the process of opening his own restaurant, it is recommended supervision be continued but modified to require him to serve two days in jail, attend Cognitive Behavioral Therapy, and participate in a regular urine testing program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Michael Alexis Covington
Docket No. 7:08-CR-48-1BO
Petition For Action
Page 2

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John A. Cooper
John A. Cooper
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: September 10, 2014

## ORDER OF COURT

Considered and ordered this  11  day of  September , 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge